AARON D. FORD
  Attorney General
PETER E. DUNKLEY, Bar No. 11110
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1259
E-mail: pdunkley@ag.nv.gov

*Attorneys for Defendants*
*Isidro Baca, Brian Borg, Gary Dutton,*
*Michelle Hicks-Moses, Marsha Johns,*
*Dillyn Keith, John Keast, David Mar,*
*Melissa Mitchell, Martin Naughton,*
*Joseph Walls, and Gene Yup*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD COLLINS, | Case No. 3:17-cv-00417-MMD-WGC |
|             Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| ARANAS, et al., | |
|             Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff, Ronald Collins, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Peter E. Dunkley, Deputy Attorney General, that the above-captioned matter is dismissed, in its entirety, with prejudice, and each party will bear their own attorney fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

|    |    |    |
|----|----|----|
| 1  | This Stipulation for Dismissal with Prejudice is executed according to the terms agreed upon in the Settlement Agreement executed by the parties on the ___ day of January 2020. | |

   This Stipulation for Dismissal with Prejudice is executed according to the terms agreed upon in the Settlement Agreement executed by the parties on the ___ day of January 2020.

DATED this 6 day of ~~January~~ 2020.   DATED this 11 day of ~~January~~ 2020.
                 Feb                                      Feb

                                         AARON D. FORD
                                         Attorney General

By: _____         By: _____
Ronald Collins, Plaintiff #67184         Peter E. Dunkley, Bar No. 11110
Plaintiff, *Pro Se*                      Deputy Attorney General
                                         *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** February 11, 2020

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 11th day of February, 2020, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE,** to the following:

Ronald Collins #67184
High Desert State Prison
PO Box 650
Indian Springs, NV 89070

/s/ Caitie Collins
An employee of the
Office of the Attorney General